**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Carlos A. Torres** | Social Security number or ITIN  **xxx–xx–4830** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | | |
| Case number:  **13–30610–VFP** | | |

# Order of Discharge                                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Carlos A. Torres

<u>12/7/16</u>                                                                                    **By the court:**    <u>Vincent F. Papalia</u>
                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-30610-VFP
Carlos A. Torres                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Dec 07, 2016
                              Form ID: 3180W           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
db           +Carlos A. Torres,   1410 79th Street,   North Bergen, NJ 07047-4143
514406880    +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
514269433     AMR Mid Atlantic,   PO box 409880,   Atlanta, GA 30384-9880
514226232    +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
514226233     Hackensack University Med Ctr,   PO Box 48027,   Newark, NJ 07101-4827
514226234     North Jersey Primary Care Associates,   PO Box 95000-4535,   Philadelphia, PA 19195-4535
514490556    +PNC Bank, National Association,   c/o Zucker Goldberg & Ackerman,
               200 Sheffied Street, Suite 301,   Mountainside, NJ 07092-2315
514226235    +Pnc Bank,   103 Bellevue Pkwy,   Wilmington, DE 19809-3701
514226236    +Pnc Bank,   Po Box 5570,   Cleveland, OH 44101-0570
514226237    +Pnc Mortgage,   3232 Newark Dr,   Miamisburg, OH 45342-5433
514979643     Robyne L. Fisher,   C/O Kassem & Camejo, LLC,   1000 Clifton Ave.,   Clifton, NJ 07013-3521
514226241    #+Zucker, Goldberg & Ackerman, LLC,   PO Box 1024,   200 Sheffield Street, Suite 301,
               Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2016 22:58:21     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2016 22:58:17     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            EDI: RMSC.COM Dec 07 2016 22:38:00     GE CAPITAL RETAIL BANK,
               c/o Recovery Management Systems Corp,   25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
514226239     EDI: CITICORP.COM Dec 07 2016 22:38:00     Thd/cbna,   CITICORP CREDIT SERVICES/ATTN:CENTRALIZE,
               Po Box 20507,   Kansas City, MO 64195
514226229    +EDI: CAPITALONE.COM Dec 07 2016 22:38:00     Capital One,   Best Buy,   PO Box 30281,
               Salt Lake City, UT 84130-0281
514226230    +EDI: CHASE.COM Dec 07 2016 22:38:00     Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514260158     EDI: RMSC.COM Dec 07 2016 22:38:00     GE Capital Retail Bank,
               c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
514500722     EDI: PRA.COM Dec 07 2016 22:38:00     Portfolio Recovery Associates, LLC,
               c/o CHASE BANK USA, N.A.,   POB 41067,   Norfolk VA 23541
514272398    +E-mail/Text: bankruptcy@pseg.com Dec 07 2016 22:57:25     PSEG,   PO BOX 490,
               Cranford, NJ 07016,   Att:Bankruptcy Dept 07016-0490
514226238    +EDI: CITICORP.COM Dec 07 2016 22:38:00     Thd/cbna,   Po Box 6497,
               Sioux Falls, SD 57117-6497
514226240     E-mail/Text: BKRMailOps@weltman.com Dec 07 2016 22:58:23     Weltman, Weinberg & Reis Co, LPA,
               PO Box 93596,   Cleveland, OH 44101-5596
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            PNC Bank, National Association
514226231   ##+Contract Callers Inc,   1058 Claussen Rd Ste 110,   Augusta, GA 30907-0301
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Dec 07, 2016
                               Form ID: 3180W           Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              David L. Stevens    on behalf of Debtor Carlos A. Torres dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 3
```